MICHAEL SINTEFF, Respondent, v. THE PEOPLE'S BUILDING, LOAN AND SAVING ASSOCIATION, Appellant.

Reported below, 37 App. Div. 340.
(Argued June 5, 1899; decided June 13, 1899.)

MOTION to place on the calendar an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 18, 1899, affirming a judgment in favor of plaintiff entered upon a decision of the court on a trial without a jury.

The motion was made upon the ground that the delay of the appellant in perfecting his appeal has prevented it from being on the present calendar.

*McEwan & McEwan* for motion.

*C. M. Elliott* opposed.

Motion denied, without costs.

---

PEOPLE OF THE STATE OF NEW YORK, Appellant, v. JOHANNES E. SNEDEKER et al., Respondents.

(Submitted June 5, 1899; decided June 13, 1899.)

MOTION to open default, made May 11, 1899.

*C. L. Andrus* for motion.

No one opposed.

Motion granted, appellant to file brief within twenty days and respondents given twenty days in which to reply.